UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                                    )
  MOURNING, THOMAS E.                  )
  MOURNING, LAURA A.                   )           Case No.  15-18815-TBM
                                              )
          Debtor(s).               )           Chapter 7
                                              )

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

      The Trustee of the above referenced estate applies for an order pursuant to 11 U.S.C. §330(a) and § 503(b), allowing for compensation and expenses as itemized in Exhibit A (attached).

      The compensation sought by this application is for actual and necessary services rendered.  In the course of the performance of his duties, the Trustee has advanced monies from personal funds for actual and necessary expenses incurred, and has not been reimbursed or indemnified.

      There is no agreement or understanding between the Trustee and any other person for the division of the compensation sought by this application, except as permitted by 11 U.S.C. §330.

      WHEREFORE, the Trustee requests that this application be approved by this Court, and that the fees and expenses be allowed.

  DATED:    January 16, 2018                /s/ Robertson B. Cohen
                                                 Trustee in Bankruptcy

EXHIBIT A
APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| MOURNING, THOMAS E. | ) | |
| XXX-XX-6475 | ) | Case No. 15-18815-TBM |
| MOURNING, LAURA A. | ) | Chapter 7 |
| XXX-XX-6547 | ) | |
| Debtor(s) | ) | |

Computation of Compensation for Cases Filed After October 22, 1994

Total Proceeds of Estate:                              $210,862.55

Less Amounts Returned to Debtor                          $0.00

Less Non-Estate Funds Paid to Third Parties              $0.00

| | | | |
|---|---|---|---|
| Balance to be Disbursed | $8,380.63 | 25% of first $5,000 or less ($1,250 Maximum) | $1,250.00 |
| Less | -5,000.00 | | |
| Balance: | $3,380.63 | 10% of next $45,000 or less ($4,500 Maximum) | $338.06 |
| Less | -45,000.00 | | |
| Balance: | $0.00 | 5% of next $950,000 or less ($47,500 Maximum) | $0.00 |
| Less | -950,000.00 | | |
| Balance: | $0.00 | 3% of balance | $0.00 |

MAXIMUM COMPENSATION (11 U.S.C. Sec. 326)            $1,588.06

COMPENSATION REQUESTED                               $1,588.06
LESS: COURT-APPROVED COMPENSATION
    PREVIOUSLY PAID                                  (0.00)

BALANCE REQUESTED                                    $1,588.06

The Trustee has expended 5.00 hours in the performance of his duties in this estate. A detailed accounting of the Trustee's time (check one) ____is attached __X__is available upon request.

Trustee Expenses
| | | |
|---|---|---|
| 9013 Notice of TFR | $ | 19.20 |
| Blanket Bond | $ | 1.75 |
| Distribution | $ | 5.52 |
| mailing of 9013 notice | $ | 15.68 |
| Postage App Comp Acct | $ | 57.92 |
| Postage UST Salt Lake | $ | 1.75 |

TOTAL EXPENSES REQUESTED                    $            101.82

LESS: COURT APPROVED EXPENSES PREVIOUSLY PAID              0.00

LESS: PREMIUM ON TRUSTEE'S BOND PREVIOUSLY PAID           0.00

BALANCE REQUESTED                           $            101.82