United States Bankruptcy Court
District of Colorado

In re:                                                            Case No. 15-18815-TBM
Thomas E. Mourning                                                Chapter 7
Laura A. Mourning
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1         User: oneillv         Page 1 of 1         Date Rcvd: Mar 23, 2018
                             Form ID: 228          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
db/db          Thomas E. Mourning,    Laura A. Mourning,    6205 Finglas Dr,    Colorado Springs, CO  80923-4161

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
              David A. Shore     on behalf of Creditor    OCWEN LOAN SERVICING, LLC cnorth@shoreattys.com
              Robertson B. Cohen    trusteecohen@cohenlawyers.com,   rcohen@ecf.epiqsystems.com
              Stephen H. Swift    on behalf of Debtor Thomas E. Mourning stephen.swift@swiftlaw.net,
               cris@swiftlaw.net;Alicia@swiftlaw.net
              Stephen H. Swift    on behalf of Debtor Laura A. Mourning stephen.swift@swiftlaw.net,
               cris@swiftlaw.net;Alicia@swiftlaw.net
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 5

(COB #228 voApp4CompReimExpNew)(03/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Thomas B. McNamara

In re:

    Thomas E. Mourning
    Laura A. Mourning

Debtor(s)

Case No.:    15−18815−TBM
Chapter:    7

SSN/TID
Nos.    xxx−xx−6475
        xxx−xx−6547

**ORDER APPROVING APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

    The Trustee having filed an Application for Compensation and Reimbursement of Expenses, and notice and an opportunity for hearing having been given to all creditors, and no requests or objections having been timely filed, and the Court having thereafter duly examined and considered the Trustee's Application and attached Exhibit A included therein, it is:

    Ordered that reasonable compensation for actual and necessary services rendered and reimbursement of actual and necessary expenses incurred are hereby awarded or allowed to the persons and in the amounts listed in Exhibit A of the Trustee's Application.

Dated: 3/23/18

BY THE COURT:
s/ Thomas B. McNamara
United States Bankruptcy Judge