# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § § | |
| MOURNING, THOMAS E. | § | Case No. 15-18815 TBM |
| MOURNING, LAURA A. | § § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robertson B. Cohen, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 241,080.50                Assets Exempt: 147,211.50
*(Without deducting any secured claims)*

Total Distributions to Claimants: 192,743.77     Claims Discharged
                                                 Without Payment: 45,912.23

Total Expenses of Administration: 18,118.78

---

3) Total gross receipts of $ 210,862.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 210,862.55 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 549,113.00 | $ 190,776.85 | $ 190,776.85 | $ 188,226.02 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 20,156.78 | 20,156.78 | 18,118.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 43,613.00 | 37,464.98 | 37,464.98 | 4,517.75 |
| **TOTAL DISBURSEMENTS** | $ 592,726.00 | $ 248,398.61 | $ 248,398.61 | $ 210,862.55 |

    4)  This case was originally filed under chapter 7 on 08/06/2015 . The case was pending for 34 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/31/2018            By:/s/Robertson B. Cohen, Trustee
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 209,981.92 |
| Cash from pay advices cashed by the debtors | 1129-000 | 100.00 |
| Wages Owed Debtor | 1129-000 | 175.00 |
| Wages Owed Co Debtor | 1129-000 | 100.00 |
| Refund closing cost 4672 Saddle Ridge COS | 1210-000 | 505.63 |
| **TOTAL GROSS RECEIPTS** | | **$210,862.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | 26,083.00 | NA | NA | 0.00 |
| | Colorado State Bank Tr 1600 Broadway Denver, CO  80202 | | 289,771.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing L 12650 Ingenuity Dr Orlando, FL  32826-2703 | | 205,480.00 | NA | NA | 0.00 |
| | Security Service Fcu 16211 La Cantera Pkwy San Antonio, TX  78256 | | 27,779.00 | NA | NA | 0.00 |
| | SALE, MORTGAGE OCWEN SHORT | 4110-000 | NA | 188,226.02 | 188,226.02 | 188,226.02 |
| 000002 | WELLS FARGO BANK NA | 4210-000 | NA | 2,550.83 | 2,550.83 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 549,113.00 | $ 190,776.85 | $ 190,776.85 | $ 188,226.02 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ROBERTSON B. COHEN, TRUSTEE | 2100-000 | NA | 1,588.06 | 1,588.06 | 1,588.06 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE EXPENSES:ROBERTSON B. COHEN, TRUSTEE | 2200-000 | NA | 101.82 | 101.82 | 101.82 |
| SETTLEMENT FEES BOSTON NATIONAL TIT | 2500-000 | NA | 863.95 | 863.95 | 863.95 |
| TITLE INSURANCE | 2500-000 | NA | 91.00 | 91.00 | 91.00 |
| Union Bank | 2600-000 | NA | 135.00 | 135.00 | 135.00 |
| COLO DEPT OF REVENUE | 2820-000 | NA | 518.00 | 518.00 | 0.00 |
| COLORADO DEPARTMENT OF REVENUE | 2820-000 | NA | 518.00 | 518.00 | 518.00 |
| COUNTY TAXES POST-PETITION | 2820-000 | NA | 199.69 | 199.69 | 199.69 |
| COUNTY TAXES POST-PETITION 2016 | 2820-000 | NA | 1,011.26 | 1,011.26 | 1,011.26 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):DAVID DENNIS | 3410-000 | NA | 1,497.00 | 1,497.00 | 1,497.00 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):DENNIS AND COMPANY PC | 3410-000 | NA | 1,497.00 | 1,497.00 | 0.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):DAVID DENNIS | 3420-000 | NA | 23.00 | 23.00 | 23.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):DENNIS AND COMPANY PC | 3420-000 | NA | 23.00 | 23.00 | 0.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):COMMISSION LISTING AGENT | 3510-000 | NA | 6,045.00 | 6,045.00 | 6,045.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):COMMISSION SELLING AGENT | 3510-000 | NA | 6,045.00 | 6,045.00 | 6,045.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 20,156.78 | $ 20,156.78 | $ 18,118.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Colorado Attorney General Cynthia Coffman, Esq. 1525 Sherman Street, 5th Floor Denver, CO  80203 | | 0.00 | NA | NA | 0.00 |
| | Colorado Department Of Revenue Tax Compliance Audit Division 1375 Sherman St Rm 504 Denver, CO 80203-2246 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114-0326 | | 0.00 | NA | NA | 0.00 |
| | US Attorney, District Of Colorado 1225 17th St Ste 700 Denver, CO  80202-5598 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acs/college Loan Corp 501 Bleecker St Utica, NY  13501 | | 3,405.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acs/collegln 501 Bleecker St Utica, NY  13501 | | 3,408.00 | NA | NA | 0.00 |
| | Americollect Inc 1851 S Alverno Rd Manitowoc, WI 54220 | | 11.00 | NA | NA | 0.00 |
| | Darrell Mourning 6205 Finglas Dr Colorado Springs, CO  80923-4161 | | 0.00 | NA | NA | 0.00 |
| | Front Range Emergency 6880 W Snowville Rd Ste 210 Brecksville, OH  44141-3255 | | 63.00 | NA | NA | 0.00 |
| | Penrose St. Francis PO Box 830913 Birmingham, AL 35283-0913 | | 1,208.00 | NA | NA | 0.00 |
| | Radiology & Imaging Consultants PO Box 1660 Greeley, CO  80632 | | 0.00 | NA | NA | 0.00 |
| | Security Service Fcu 16211 La Cantera Pkwy San Antonio, TX  78256 | | 1,156.00 | NA | NA | 0.00 |
| | Security Service Fcu PO Box 27377 San Antonio, TX 78227-0377 | | 470.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verizon PO Box 660108 Dallas, TX 75266-0108 | | 694.00 | NA | NA | 0.00 |
| | Wffnatbank Cscl Dispute Team Des Moines, IA 50306 | | 2,550.00 | NA | NA | 0.00 |
| 000001 | AMERICAN EDUCATION SERVICES | 7100-000 | 28,457.00 | 28,656.65 | 28,656.65 | 3,455.59 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 652.00 | 652.63 | 652.63 | 78.70 |
| 000004 | SECURITY SERVICE FCU | 7100-000 | 1,539.00 | 8,155.70 | 8,155.70 | 983.46 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 43,613.00 | $ 37,464.98 | $ 37,464.98 | $ 4,517.75 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 15-18815 | TBM | Judge: THOMAS B. McNAMARA | | Trustee Name: | Robertson B. Cohen, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MOURNING, THOMAS E. | | | | Date Filed (f) or Converted (c): | 08/06/15 (f) |
| | MOURNING, LAURA A. | | | | 341(a) Meeting Date: | 09/14/15 |
| For Period Ending: | 05/31/18 | | | | Claims Bar Date: | 12/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Investment property 4672 Saddle Ridge Dr. Colorado<br>Buyers Premium | 194,337.00 | 7,500.00 | | 209,981.92 | FA |
| 2. Residence 6205 Finglas Dr Colorado Springs, CO 80 | 284,580.00 | 0.00 | | 0.00 | FA |
| 3. Cash from pay advices cashed by the debtors | 400.00 | 100.00 | | 100.00 | FA |
| 4. Security Service Federal Credit Union 1910 Academy | 25.00 | 6.25 | | 0.00 | FA |
| 5. Security Service Federal Credit Union 1910 Academy | 25.00 | 6.25 | | 0.00 | FA |
| 6. Bedroom set, dining room set, washer, dryer, refri | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Clothing for four people | 400.00 | 0.00 | | 0.00 | FA |
| 8. Costume jewelry consisting of watch, necklaces, en | 300.00 | 0.00 | | 0.00 | FA |
| 9. 401 K | 6,281.00 | 0.00 | | 0.00 | FA |
| 10. 403 B | 2,983.00 | 0.00 | | 0.00 | FA |
| 11. Colorado PERA | 59,065.00 | 0.00 | | 0.00 | FA |
| 12. 2014 Honda CR-V - 25000 Miles Mechanical Defects - | 18,307.00 | 0.00 | | 0.00 | FA |
| 13. 2015 Chevrolet Cruze - 3000 Miles Mechanical Defec | 13,201.00 | 0.00 | | 0.00 | FA |
| 14. Wages Owed Debtor (u) | 0.00 | 175.00 | | 175.00 | FA |
| 15. Wages Owed Co Debtor (u) | 0.00 | 100.00 | | 100.00 | FA |
| 16. Refund closing cost 4672 Saddle Ridge COS (u)<br>Overpayment of tax payment | 505.63 | 505.63 | | 505.63 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $582,409.63 | $8,393.13 | | $210,862.55 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case:15-18815-TBM    Doc#:48    Filed:06/22/18    Entered:06/22/18 10:40:10    Page11 of 14

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-18815    TBM    Judge: THOMAS B. McNAMARA | Trustee Name:    Robertson B. Cohen, Trustee |
| Case Name: | MOURNING, THOMAS E. | Date Filed (f) or Converted (c):    08/06/15 (f) |
| | MOURNING, LAURA A. | 341(a) Meeting Date:    09/14/15 |
| | | Claims Bar Date:    12/21/15 |

March 26, 2018, 06:55 am

February 26, 2018, 02:02 pm NFR FILED

February 26, 2018, NFR ready

January 16, 2018, 02:39 pm TFR prepared

September 29, 2017, 12:02 pm TFR ready (IRS issue cleared)

September 07, 2017, 01:13 pm FA awaiting taxes and Fee AP MD

File Report of Short Sale. Sent TOL for non exempt PP

Trustee pusruing possible Short sale real property


Initial Projected Date of Final Report (TFR): 03/30/17       Current Projected Date of Final Report (TFR): 12/30/17

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-18815 -TBM | Trustee Name: | Robertson B. Cohen, Trustee |
|---|---|---|---|
| Case Name: | MOURNING, THOMAS E. | Bank Name: | Union Bank |
|  | MOURNING, LAURA A. | Account Number / CD #: | *******2636 Checking Account |
| Taxpayer ID No: | *******3795 |  |  |
| For Period Ending: | 05/31/18 | Blanket Bond (per case limit): | $ 48,104,231.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 03/24/17 | 1 | Boston National Title Agency | Payment from Broker |  | 7,500.00 |  | 7,500.00 |
|  |  | 129 West Trade Street | $75000.00 LESS: |  |  |  |  |
|  |  | 9th Floor | Title Insurance $375.00 |  |  |  |  |
|  |  | Charlotte, NC 28202 | Record Court Orders $32.00 |  |  |  |  |
|  |  |  | Taxes $314.55 |  |  |  |  |
|  |  |  | Selling Agent Commission $3000.00 |  |  |  |  |
|  |  |  | Closing Fee $55.00 |  |  |  |  |
|  |  | 4672 SADDLE RIDGE RD, COS, CO | Memo Amount:       209,981.92 | 1110-000 |  |  |  |
|  |  |  | 4672 Saddle Ridge Rd, COS, CO |  |  |  |  |
|  |  | COUNTY TAXES POST-PETITION | Memo Amount:     (     199.69 ) | 2820-000 |  |  |  |
|  |  |  | 4672 Saddle Ridge Rd, COS, CO |  |  |  |  |
|  |  | TITLE INSURANCE | Memo Amount:     (      91.00 ) | 2500-000 |  |  |  |
|  |  |  | 4672 Saddle Ridge Rd, COS, CO |  |  |  |  |
|  |  | COMMISSION LISTING AGENT | Memo Amount:     (   6,045.00 ) | 3510-000 |  |  |  |
|  |  |  | 4672 Saddle Ridge Rd, COS, CO |  |  |  |  |
|  |  | COMMISSION SELLING AGENT | Memo Amount:     (   6,045.00 ) | 3510-000 |  |  |  |
|  |  |  | 4672 Saddle Ridge Rd, COS, CO |  |  |  |  |
|  |  | SETTLEMENT FEES BOSTON NATIONAL TIT | Memo Amount:     (     863.95 ) | 2500-000 |  |  |  |
|  |  |  | 4672 Saddle Ridge Rd, COS, CO |  |  |  |  |
|  |  | COUNTY TAXES POST-PETITION 2016 | Memo Amount:     (   1,011.26 ) | 2820-000 |  |  |  |
|  |  |  | 4672 Saddle Ridge Rd, COS, CO |  |  |  |  |
|  |  | SALE, MORTGAGE OCWEN SHORT | Memo Amount:     ( 188,226.02 ) | 4110-000 |  |  |  |
|  |  |  | 4672 Saddle Ridge Rd, COS, CO |  |  |  |  |
| 04/21/17 | 16 | Boston National Title Agency | Miscellaneous | 1210-000 | 505.63 |  | 8,005.63 |
|  |  | 129 W Trade St, 9th floor |  |  |  |  |  |
|  |  | Charlotte, NC 28202 |  |  |  |  |  |
| 04/25/17 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 15.00 | 7,990.63 |
| 04/28/17 | * NOTE * | THOMAS & LAURA MOURNING | PAYMENT FROM DEBTOR | 1129-000 | 375.00 |  | 8,365.63 |

Page Subtotals      8,380.63      15.00

Ver: 20.00i

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 15-18815 -TBM | | Trustee Name: | Robertson B. Cohen, Trustee |
|---|---|---|---|---|
| Case Name: | MOURNING, THOMAS E. | | Bank Name: | Union Bank |
| | MOURNING, LAURA A. | | Account Number / CD #: | *******2636  Checking Account |
| Taxpayer ID No: | *******3795 | | | |
| For Period Ending: | 05/31/18 | | Blanket Bond (per case limit): | $ 48,104,231.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 6205 FINGLAS DR<br>COLORADO SPRINGS, CO  80923-4161 | * NOTE *  Properties 3, 14, 15 | | | | |
| 05/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 8,350.63 |
| 06/05/17 | 005001 | Colorado Department of Revenue<br>Denver, CO 80261-0006 | Taxes Paid | 2820-000 | | 259.00 | 8,091.63 |
| 06/05/17 | 005002 | Colorado Department of Revenue<br>Denver, CO 80261-0006 | Taxes Paid | 2820-000 | | 259.00 | 7,832.63 |
| 06/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,817.63 |
| 07/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,802.63 |
| 08/11/17 | 005003 | DENNIS & COMPANY , PC<br>8400 EAST CRESCENTPARKWAY, STE 600<br>GREENWOOD VILLAGE, CO 80111 | Accountant Fees | 3410-000 | | 1,497.00 | 6,305.63 |
| 08/11/17 | 005004 | DENNIS & COMPANY , PC<br>8400 EAST CRESCENTPARKWAY, STE 600<br>GREENWOOD VILLAGE, CO 80111 | Accountant Expenses | 3420-000 | | 23.00 | 6,282.63 |
| 08/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,267.63 |
| 09/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,252.63 |
| 10/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,237.63 |
| 11/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,222.63 |
| 12/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,207.63 |
| 04/11/18 | 005005 | Robertson B. Cohen, Trustee<br>1720 S Bellaire<br>Suite 205<br>Denver, CO  80222 | Chapter 7 Compensation/Expense | | | 1,689.88 | 4,517.75 |
| | | | Fees             1,588.06 | 2100-000 | | | |
| | | | Expenses           101.82 | 2200-000 | | | |
| 04/11/18 | 005006 | American Education Services<br>PO Box 8183<br>Harrisburg, PA 17105 | Claim 000001, Payment 12.05860% | 7100-000 | | 3,455.59 | 1,062.16 |

Page Subtotals         0.00        7,303.47

Ver: 20.00i

LFORM24

**UST Form 101-7-TDR (10/1/2010)**  *(Page: 13)*

Page: 3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-18815 -TBM | Trustee Name: | Robertson B. Cohen, Trustee |
|---|---|---|---|
| Case Name: | MOURNING, THOMAS E. | Bank Name: | Union Bank |
|  | MOURNING, LAURA A. | Account Number / CD #: | *******2636  Checking Account |
| Taxpayer ID No: | *******3795 | | |
| For Period Ending: | 05/31/18 | Blanket Bond (per case limit): | $ 48,104,231.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/11/18 | 005007 | PYOD, LLC assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000003, Payment 12.05890% | 7100-000 | | 78.70 | 983.46 |
| 04/11/18 | 005008 | Security Service Fcu PO Box 691530 San Antonio, TX 78269 | Claim 000004, Payment 12.05856% | 7100-000 | | 983.46 | 0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Memo Allocation Receipts: | 209,981.92 | COLUMN TOTALS | 8,380.63 | 8,380.63 | 0.00 |
|  | Memo Allocation Disbursements: | 202,481.92 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  |  | Subtotal | 8,380.63 | 8,380.63 | |
|  | Memo Allocation Net: | 7,500.00 | Less: Payments to Debtors | | 0.00 | |
|  |  |  | Net | 8,380.63 | 8,380.63 | |
|  |  |  |  |  | NET | ACCOUNT |
|  | Total Allocation Receipts: | 209,981.92 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
|  | Total Allocation Disbursements: | 202,481.92 | Checking Account - *******2636 | 8,380.63 | 8,380.63 | 0.00 |
|  |  |  |  | ---------------------- | ---------------------- | ---------------------- |
|  | Total Memo Allocation Net: | 7,500.00 |  | 8,380.63 | 8,380.63 | 0.00 |
|  |  |  |  | ============= | ============= | ============= |
|  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  1,062.16

Ver: 20.00i